UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 20-5509-CBM(KESx) | Date | OCTOBER 4, 2022 |
|---|---|---|---|

| Title | Shawna Jones v. Transworld Systems Inc. |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Stipulation to dismiss the case [45] is granted.  This case is hereby dismissed with prejudice and closed.


IT IS SO ORDERED.

cc: all parties

| CV 90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|